```
 1  CONSTANTINE CANNON
    MATTHEW L. CANTOR
 2  GORDON SCHNELL
    JEAN KIM
 3  KERIN E. COUGHLIN
    S. MICHAEL KAYAN
 4  450 Lexington Avenue
    New York, NY 10017
 5  Telephone: (212) 350-2700
    Facsimile: (212) 350-2701
 6
    LAW OFFICES OF JEFFREY F. KELLER
 7  JEFFREY F. KELLER (Bar No. 148005)
    KATHLEEN R. SCANLAN (Bar No. 197529)
 8  425 Second Street, Suite 500
    San Francisco, CA 94107
 9  Telephone: (415) 543-1305
    Facsimile: (415) 543-7861
10
    Attorneys for Plaintiffs
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE FUNERAL CONSUMERS** <br> Antitrust Litigation. | Case No: C 05 01804 WHA <br><br> Consolidated Cases: <br> No. C05-02502 <br> No. C05-02501 <br> No. C05-02792 <br><br> [PROPOSED] **ORDER TO CONSOLIDATE CASES** <br><br> Actions to Be Consolidated: <br> C05-3124 ~~MEJ~~ WHA <br> C05-3305 MEJ |

[PROPOSED] ORDER TO CONSOLIDATE CASE

1  Plaintiffs' Administrative Motion asking that the matter of *Caren Speizer v. Service
2  Corporation International et. al.*, Case No. C 05-3124 ~~MEJ~~ WHA, filed on August 5, 2005, and the
3  matter of *Frank Moroz v. Service Corporation International et al.*, Case No. C05-3305 MEJ,
4  filed on August 12, 2005, be consolidated for all purposes was submitted to this Court, the
5  Honorable William ~~H.~~ Alsup, presiding. Having reviewed the motion and all other papers and
6  good cause appearing, IT IS HEREBY ORDERED: Plaintiffs' Motion is **GRANTED**.
7  **IT IS SO ORDERED.**

8  Dated: September __9__, 2005

10  By: _____
11  ~~HON.~~ WILLIAM ~~H.~~ ALSUP
    UNITED STATES DISTRICT ~~COURT~~ JUDGE

1
~~[PROPOSED]~~ ORDER TO CONSOLIDATE CASE