IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MOROZ, | |
| Plaintiff, | No. C 05-03305 WHA |
| v. | |
| SERVICE CORPORATION INTERNATIONAL, STEWART ENTERPRISES, INC., HILLENBRAND INDUSTRIES, INC., BATESVILLE CASKET CO., and ALDERWOODS GROUP INC., | **ORDER TO SHOW CAUSE** |
| Defendants. | |

On September 23, 2005, the Court granted a motion to transfer to the United States District Court for the Southern District of Texas cases related to and consolidated with the above-captioned case. The order is available through the Electronic Case Filing docket for Case C 05-01804 WHA.

Plaintiff is **ORDERED** to show cause in writing by September 30, 2005, why this case should not also be transferred to the Southern District of Texas as well.

**IT IS SO ORDERED.**

Dated: September 23, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE