IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MOROZ, | No. C 05-03305 WHA |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| SERVICE CORPORATION INTERNATIONAL; ALDERWOODS GROUP INC.; STEWART ENTERPRISES, INC.; BATESVILLE CASKET CO.; and HILLENBRAND INDUSTRIES, INC., | |
| Defendants. | |

On September 26, 2005, plaintiff's counsel responded to the Court's order to show cause why this case should not be transferred to the United States District Court for the Southern District of Texas. He claimed that the case already had been transferred there and that he considered the issue moot. Given the lack of objection, the above-captioned case is ordered **TRANSFERRED** to the United States District Court for the Southern District of Texas. The reasons are identical to those in the order transferring case No. C 05-01804 and several of its consolidated cases to the Southern District of Texas. The above-captioned case also was consolidated with case No. C 05-01804. The Clerk shall transfer the files to the Clerk for the Southern District of Texas.

**IT IS SO ORDERED.**

Dated: September 28, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE